1  McGREGOR W. SCOTT
   United States Attorney

2

3  PAUL S. HAM
   Trial Attorney, Tax Division
   U.S. Department of Justice

4  P.O. Box 683
   Ben Franklin Station

5  Washington, D.C.  20044-0683
   Telephone:  (202) 307-6421

6  Facsimile:  (202) 307-0054

7  Attorneys for the United States of America

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10 FIDELITY NATIONAL FORECLOSURE        )
   SOLUTIONS,                           )  Civil No. S-04-2174 GEB JFM
11                                      )
              Plaintiff,                )  [Mono County Superior Court Case No.
12                                      )   15270]
              v.                        )
13                                      )  **STIPULATION BETWEEN THE UNITED**
   ALL CLAIMANTS TO SURPLUS PROCEEDS    )  **STATES AND JAMES BROWN, AS**
14 AFTER TRUSTEE'S SALE OF REAL         )  **TRUSTEE OF THE MAMMOTH**
   PROPERTY LOCATED AT 216 CONVICT      )  **PRESERVATION TRUST, and** [Proposed]
15 DRIVE, MAMMOTH, CA 93546,            )  **ORDER**
                                        )
16            Defendants.               )
                                        )
17 _____  )

18

19      Defendants United States of America and James Brown, as Trustee of the Mammoth Preservation

20 Trust, through their respective attorneys, agree as follows:

21      1.      James Brown, as Trustee of the Mammoth Preservation Trust ("Trust"), was assigned the

22 beneficial interest in a deed of trust ("Deed of Trust") originally recorded with the County Recorder's

23 Office for Mono County, California ("County Recorder") on December 4, 1995.  The Deed of Trust was

24 secured by real property located at 216 Convict Drive, Mammoth, California 93546 ("subject property").

25 The stated principal obligation on the Deed of Trust was $25,000.

26      2.      On December 4, 2003, plaintiff Fidelity National Foreclosure Solutions foreclosed a deed

27 of trust that was senior to the Trust's Deed of Trust against the subject property, generating excess

28 proceeds.  The Trust's claim based upon the Deed of Trust's principal stated obligation, including

1    interest, was fully satisfied when $47,217.79 was distributed to it from the excess proceeds.  The

2    remaining amount of the excess proceeds, $168,065.45 and any accrued interest, is now held by this

3    Court's Registry pending adjudication of the priorities of the remaining claimants to the excess proceeds.

4         3.    The Deed of Trust is senior to the United States' federal tax liens for the outstanding

5    federal tax, plus penalties and interest, owed by Donald Carstens that were recorded against the subject

6    property with the County Recorder.  See United States' Answer and Claim, ¶ 11.

7         4.    The Trust hereby agrees to accept $25,000 in settlement, and as full accord and

8    satisfaction, of its claim for attorney's fees and costs incurred in connection with protecting and

9    defending its interest in the Deed of Trust.  The United States hereby agrees that the this claim for

10   attorney's fees and costs is also senior to the United States' federal tax liens described in paragraph 3,

11   above.

12   ////

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1         5.       The Trust's claim for $25,000 for attorney's fees and costs incurred in defending its

2    beneficial interest in the Deed of Trust shall be distributed to it prior to any distribution to the United

3    States for amounts due under its federal tax liens, described in paragraph 3 above, in any order of

4    distribution by this Court regarding the excess proceeds.

5

6    Dated this 7th day of July, 2005.               MCGREGOR W. SCOTT
                                            United States Attorney

7

8                                 /s/ - Paul Ham
                             PAUL S. HAM

9                                 Trial Attorney, Tax Division
                             U.S. Department of Justice

10                                Post Office Box 683
                             Ben Franklin Station

11                                Washington, D.C.  20044
                             Telephone: (202) 307-6421

12                                Facsimile:  (202) 307-0054

13                                Attorneys for the United States

14
15   Dated this 31st day of May, 2005.           /s/ - David Leventhal
                             DAVID LEVENTHAL

16                                Law Offices of Leventhal & Associates
                             24300 Town Center Drive, Suite 240

17                                Santa Clarita, California 91355
                             Telephone: (661) 251-1000

18                                Facsimile:  (661) 251-4700

19                                Attorney for James  Brown

20           **IT IS SO ORDERED.**

21   Dated:  July 8, 2005

22
23                              /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge

24
25
26
27
28