IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL FORECLOSURE SOLUTIONS,<br><br>        Plaintiff,<br><br>        v.<br><br>ALL CLAIMANTS TO SURPLUS PROCEEDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 216 CONVICT DRIVE, MAMMOTH, CA 93546,<br><br>        Defendants. | 2:04-cv-2174-GEB-JFM<br><br><u>ORDER</u> |

        The judgment entered in this action on August 26, 2005, is vacated because the Order filed on August 26, 2005, is supplemented as follows: The Clerk of the Court is directed to distribute, from the interpled funds deposited with the Court's Registry, $25,000.00 to James C. Brown, as Trustee of the Mammoth Preservation Trust, and shall distribute the remaining funds to the United States.

        Further, the Clerk of the Court is directed to enter judgment in favor of the United States.

        IT IS SO ORDERED.

Dated:  August 26, 2005

                              <u>/s/ Garland E. Burrell, Jr.</u>
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28